THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK IRWIN, Appellant.

Submitted February 28, 1944; decided April 6, 1944.

*Frank Irwin,* appellant, in person.

*Charles P. Sullivan, District Attorney (James F. T. Delaney* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.